**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-80095-MIDDLEBROOKS/MATTHEWMAN
CASE NO.**_____

**IN RE SEALED INDICTMENT**

_____/

**SEALED ORDER**

FILED BY___**BM**___D.C.

*Jun 12, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrants, the Motion to Seal, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrant, the Motion to Seal, and this Order shall be filed under seal until the arrest of the defendant or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 12th day of June, 2025.

_____
HONORABLE ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Sterling M. Paulson