UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-80095-MIDDLEBROOKS/MATTHEWMAN**
CASE NO. _____

18 U.S.C. § 1546(a)
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 611(a)
18 U.S.C. § 982(a)(6)

**UNITED STATES OF AMERICA**

v.

**MICHAEL RALPH RIGBY,**

Defendant.
_____/

FILED BY ___BM___ D.C.

Jun 12, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Fraud and Misuse of Visa, Permits, and Other Documents
### (18 U.S.C. § 1546(a))

On or about December 21, 2021, in Palm Beach County, in the Southern District of Florida, the defendant,

**MICHAEL RALPH RIGBY,**

did knowingly make under oath, and as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, did knowingly subscribe as true, a false statement with respect to a material fact in an application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, that is, a Form I-485, Application to Register Permanent Residence or Adjust Status, in that the defendant did represent that (a) he had been unemployed dating back to 1989 and had not ever worked in the United States without authorization, (b) he had not ever falsely claimed to be a U.S. citizen in writing or any other way, (c) that he had not ever

voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States, and (d) that he had not engaged in any other unlawful activity, when, in truth and in fact, and as the defendant then and there well knew, each of these statements and representations was false, in violation of Title 18, United States Code, Section 1546(a).

### COUNT 2
### False Statement to a Federal Agency
### (18 U.S.C. § 1001(a)(2))

On or about January 7, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant, in a matter within the jurisdiction of the United States Citizenship and Immigration Services, United States Department of Homeland Security, an agency of the executive branch of the United States Government, the defendant,

**MICHAEL RALPH RIGBY,**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation as to a material fact, that is, in a Form I-485, Application to Register Permanent Residence or Adjust Status, the defendant did represent that (a) he had been unemployed dating back to 1989 and had not ever worked in the United States without authorization, (b) he had not ever falsely claimed to be a U.S. citizen in writing or any other way, (c) he had not ever voted in violation of any Federal, state, or local constitutional provision, statute, ordinance, or regulation in the United States, and (d) he had not engaged in any other unlawful activity, when, in truth and in fact, and as the defendant then and there well knew, each of these statements and representations was false, in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

## COUNT 3
## Voting by an Alien
## (18 U.S.C. § 611(a))

On or about August 23, 2022, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL RALPH RIGBY,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for a Member of the Senate and a Member of the House of Representatives, in violation of Title 18, United States Code, Sections 611(a) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHAEL RALPH RIGBY**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1546(a), as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

    b. any property, real or persona, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

    c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United State Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
STERLING M. PAULSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL RALPH RIGBY,

_____/
Defendant.

CASE NO.: 25-CR-80095-MIDDLEBROOKS/MATTHEWMAN

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☐ FTL    ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    ☒ 0 to 5 days
   - II   ☐ 6 to 10 days
   - III  ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V    ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Sterling M. Paulson
Assistant United States Attorney
SDFL Court ID No.  A5503032

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MICHAEL RALPH RIGBY

**Case No**: _____

Count #: 1

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $ 250,000**

Count #: 2

False Statement to a Federal Agency

Title 18, United States Code, Section 1001(a)(2)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $ 250,000**

Count #: 3

Unlawful Voting by an Alien in a Federal Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment: 1 year**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $ 250,000**

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.