UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    25-80095-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MICHAEL RALPH RIGBY,
    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

s/ *Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Peter_Birch@FD.org

1

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY certify that on June 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              *s/ Peter Birch*
              Peter Birch