UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80095-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL RALLPH RIGBY,

    Defendant(s)
_____/

### ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court pursuant to the Parties' Joint Motion to Continue Trial (**DE 20**).   Due to the representation of counsel and the need for more time to receive and review discovery, the motion is **GRANTED.**

Per the Order Setting Jury Trial (DE 16), **the parties are put on notice that Qualification for Acceptance of Responsibility will be jeopardized if an intention to enter a plea of guilty is not announced of record on or before JULY 23, 2025.**  *See United States Sentencing Commission Guidelines Manual, §3E1.1 application notes 1(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently."); United States v. Estrada,* 648 F. Appx. 797, 802 (11th Cir. 2016) (unpublished); *United States v. Smith,* 422 F.3d 715, 724-27 (8th Cir. 2005).  Counsel shall notify Chambers and the Government **by 2:00 pm on July 23, 2025,** if Defendant will be changing his plea.

**Trial is rescheduled to begin on Monday, September 8, 2025, at 9:00 am before the undersigned in West Palm Beach.** The calendar call set for July 23, 2025, at 10:30 am is cancelled. For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**ORDERED AND ADJUDGED** that the time between July 18, 2025, and September 8, 2025, is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this 18th day of July 2025.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record