UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80095-DMM

UNITED STATES OF AMERICA

v.

MICHAEL RALPH RIGBY,

    Defendant.

_____/

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

For the reasons that follow, the Government hereby respectfully issues the unopposed request that this Court continue the trial date in the instant matter for a period of fourteen (14) days, and treat the period from the filing of this motion to the first day of trial as excludable time for purposes of the Speedy Trial Act:

On August 14, 2025, the Defendant informed the Government and the Court that he intended enter a change of plea in this matter. On August 15, 2025, this Court set this case for a change of plea hearing. [DE22].

On September 3, 2025, the parties appeared for a change of plea hearing in this matter. The Court did not accept the Defendant's change of plea, and set this matter for trial to begin on September 8, 2025. [DE23].

The undersigned is currently out of state and will be at a hospital in connection with a significant family medical matter for the next two to three days. The undersigned had anticipated being the primary caregiver for said family member for several days after discharge from the hospital, given that the instant matter was set to resolve by plea.

The undersigned anticipates that the instant matter will be a relatively short one- or two-day trial, but will involve testimony from representatives of multiple state and federal agencies, at least one of whom may need to fly in from out of state.

The undersigned attempted to reach out and confirm the availability of another agency witness who will provide critical testimony regarding the Government's case, but received an automated reply indicating that the agency witness is out of the office until the beginning of next week.

The undersigned otherwise submits that a brief continuance will enable the Government to ensure the availability of its existing witnesses and/or identify alternative agency-designated witnesses, confer with defense counsel as to any potential evidentiary disputes in advance of trial, and streamline its trial presentation for the Court and the jury.

The instant motion is filed in good faith and is in the interest of justice. The Government has conferred with counsel for the Defendant, who confirmed that the instant motion is unopposed.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Sterling M. Paulson*
Sterling M. Paulson
Assistant United States Attorney
Court ID No. A5503032
99 N.E. 4th Street
Miami, FL 33132
Telephone (305) 961-9302
Sterling.Paulson@usdoj.gov