UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80095-DMM

**UNITED STATES OF AMERICA,**

vs.

**MICHAEL RIGBY,**

    **Defendant.**

_____/

**UNITED STATES' NOTICE OF APPEARANCE**

Undersigned counsel, Assistant United States Attorney Suzanne Huyler, hereby files this Notice of Appearance as counsel of record for the United States of America in this cause and asks that she receive all copies of documents filed in connection with this case.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

    By: */s/ Suzanne Huyler*
        SUZANNE HUYLER
        Assistant United States Attorney
        Court No. A5503350
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401
        Tel: (561) 209-1013
        Suzanne.Huyler@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on September 4, 2025.

By:     **/s/ Suzanne Huyler**       
          Suzanne Huyler
          Assistant United States Attorney