UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80095-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL RALLPH RIGBY,

    Defendant(s)
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court pursuant to the Government's Unopposed Motion to Continue Trial (**DE 24**). Due to the government being out of the state for a family medical matter and the need to check the availability of witnesses, the motion is **GRANTED.**

**Trial is rescheduled to begin on Monday, November 17, 2025, at 9:00 am before the undersigned in West Palm Beach.** For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**ORDERED AND ADJUDGED** that the time between September 4, 2025, and November 17, 2025, is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this 4th day of September 2025.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record